App. Div.]          Fourth Department, April, 1916.

Henry Willis, as a Stockholder in the Rochester Electric Railway Company, on Behalf of Himself, etc., Respondent, v. The City of Rochester, Appellant, Impleaded with Rochester Electric Railway Company and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Margaret E. Cook, Respondent, v. William J. Conners, Appellant.— Judgment and order affirmed, with costs. All concurred.

Stephen Stahorski, Appellant, v. Stanislaus S. Nowicki, Respondent.— Judgment and order affirmed, with costs. All concurred.

J. Francis Ward, Appellant, v. Frank W. Woolworth, Respondent, and Others.— Judgment affirmed, with costs. All concurred.

Robert O'Malley, Plaintiff, v. Albert M. Zimbrich, Defendant.— Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. All concurred.

Ada M. Frank, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Discontinuance of a Portion of Joiner Street in the City of Rochester, N. Y.— Decision of motion to add exhibits to record held until the argument of the appeal.

World's Dispensary Medical Association, Appellant, v. Robert J. Collier and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Lee H. Smith, Appellant, v. Robert J. Collier and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. All concurred.

John M. Garratt, Appellant, v. Robert J. Collier and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Benjamin W. Cornwell, Appellant, v. Robert J. Collier and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Thomas Harry Earnshaw, Appellant, v. The City of Syracuse, Respondent.— Judgment and order affirmed, with costs. All concurred.

Charles L. Hyde, Respondent, v. International Railway Company, Appellant.— Order affirmed, with costs. All concurred.

Fabian Przespolewski, an Infant, etc., Respondent, v. American Locomotive Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

William J. B. Haese, Respondent, v. International Railway Company, Appellant.— Judgment affirmed, with costs. All concurred.

Hugh H. Robinson, Appellant, v. Brayton D. Brown and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Catherine A. Greene, Appellant, v. International Railway Company, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concurred.